# UNITED STATES DISTRICT COURT

for the

District of Oregon

PORTLAND Division

| | |
|---|---|
| KENNETH A. FOX<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>U.S. GOVERNMENT<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:19-cv-971-YY<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☒ No |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KENNETH A. FOX |
| Street Address | 6000 NE 80th AVE |
| City and County | PORTLAND MULTNOMAH |
| State and Zip Code | OREGON 97218 |
| Telephone Number | 971-284-3809 |
| E-mail Address | KAFMRF1@GMAIL.COM |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | U.S. Government |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FeDeraL Torts claim Act 28 U.S.C.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Kenneth A. Fox, is a citizen of the State of *(name)* OREGON.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* U.S. Government, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

OF the AMOUNT OF PAIN & SUFFERING I HAVE ENDURED, FOR THE AMOUNT OF DAMGE THATS BEEN CAUSED, AND THE SERIOUSNESS OF THE SURGERY I MUST ENDURE NOW.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

ON 4-24-17 A MEDICAL PERSON FROM LOMPOC FEDERAL PRISON, WHERE I WAS INCARCERATED, CALLED ME DOWN TO THE MEDICAL OFFICE. A MS. VALERIE ERICKSEN INFORMED ME THAT THE B.O.P MEDICAL WAS GOING TO TRANSFER ME TO ANOTHER FACILITY →

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. BECAUSE I HAVE SUFFERED IN PAIN FOR YEARS AND NOW FACE MUCH MORE COMPLICATED SURGERY AND MAY HAVE TO REPLACE MY KNEE NOW. I FEEL I AM ENTITLED TO $500,000 AND HAVE THE GOVERNMENT PAY FOR MY SURGERY.

Claim #1 Page# 2

For Rehab on my Right Hip. You see a few months earlier the local Orthopedic Surgeon had examined me and Recommended to the Prison for Total Joint ~~Rehaplace~~ Replacement. He stated that the Right Hip was severely Deformed and that Cortizone & Rehab was useless. I explained this to Ms. Ericksen and she informed me that Regional had turned down the surgery. I explained the amount of pain I was in and that I was already Doing Rehab, Stretching and Yoga. She again stated the Regional would not approve the surgery and if I didn't want to transfer I needed to sign a Medical Refusal Form. I told ~~Her~~ Her I didn't want to transfer and she had me sign a Medical Refusal Form that said I didn't want to transfer for Rehab. I signed the form and asked her to sign it and give me a copy. She said she would sign it later and give me a copy. Later that evening, I still hadn't received a copy, I went down to Medical and the young man got me a copy. It still wasn't signed!! So for months I suffered from tremendous Hip Pain. I had to use a cane to walk, I could barely sleep at night and the Medical had me taking 3500 MG of Ibuprofen for the Pain

Claim #1 Page #3

A Day!! Sometime in December of that Here A Medical Nurse Called me Down To Medical To go over my Migraine And Seizure Meds. The Nurse, Ms. Hoen, While Looking At the Computer Asked me Why I Had Turned Down Hip Surgery. She then Showed me A Medical Refusal Form that Had Been Doctored, Cut And Pasted, From the one I Had Signed. She Gave me A Copy. I Filed A BP 8 With my Counselor And Showed Him the Two Copies. Nothing Happened. I then Filed A BP-9 With the Warden And All they Had me Do was See the Orthopedic Surgeon Again. Dr. Gill, the Surgeon, Said my Hip was much Worse And Would Need More extensive Surgery. He Also Said that I Had To stop taking Ibuproven As my Kidneys Were Being Damaged. I'm At A Halfway House Now. My Hip is so Bad I Have To Be Shuttled To And From Appointments. I Have A Hard time Walking, Standing, Sitting or even Lying Down. I now Have Damage To my Right Knee And I Can't Straighten out my Right Foot As my Leg Bone is Twisted.

Defendant U.S. Government: Ms. Ericksen Altered A Federal Document And Lied To me About the Approval For My Surgery. Mr.

Claim #1 Page #4

Martinez, the Warden, Knew About the Lie And Deception Because I told Him And my Counselor Told Him. The Regional Medical Office Knew Because I Filed A BP-10 With them And Told them And Gave them Copies of the Form. All of them chose To Ignore My Suffering And With Depraved Indifferance Buried their Heads in the Sand. All of these People work For the Bureau of Prisons And Because of their Recklessness, Carelessness And Complete Disregard For my Pain & Suffering Did Nothing.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-17-19

Signature of Plaintiff: Kenneth A. Fox

Printed Name of Plaintiff: KENNETH A. FOX

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________

**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Western Regional Office*
*7338 Shoreline Drive*
*Stockton, California 95219*

December 18, 2018

Kenneth Fox
#77125-065
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436

FILED21 JUN'19 1349USDC-ORP

Re: Tort Claim No. TRT-WXR-2019-01469 Received: December 17, 2018

Dear Mr. Fox:

This acknowledges receipt of your Claim for Damage, Injury or Death (Standard Form 95) submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Los Angeles Consolidated Legal Center will be handling your claim for investigation and response. Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

Eliezer Ben-Shmuel
Supervisory Attorney
MDC Los Angeles
535 N. Alameda Street
Los Angeles, CA 90012

Sincerely,

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sc